# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-000487-CV

**Public Utility Commission of Texas; Donna Nelson, individually
and in her official capacity as Chairman; and Kenneth Anderson, Jr.,
individually and in his official capacity as Commissioner, Appellants**

**v.**

**CenturyTel of San Marcos, Inc., d/b/a CenturyLink; CenturyTel of Lake Dallas, Inc.,
d/b/a CenutryLink; and CenturyTel of Port Aransas, Inc., d/b/a CenturyLink, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-13-001927, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion dismiss this appeal, explaining that the parties have reached a settlement agreement resolving the dispute underlying this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed: October 17, 2014